1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SILVIA SOLEDAD MOREIRA, et al.**, <br><br>     Plaintiff, <br><br>     v. <br><br> **DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES**, <br><br>     Defendant. | No.  1:25-cv-00101-SKO <br><br> **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** <br><br> (Doc. 30) |

On March 27, 2025, the parties filed a joint stipulation dismissing the action. (Doc. 12.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.


IT IS SO ORDERED.

Dated:  **March 27, 2025**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE